UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 07-136 UNA ) ) |
| **ERIC HOLMES**, | ) ) |
| Defendant. | ) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on **OCTOBER 11th, 2007** requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until November 12, 2007. The time between the date of this order and November 12, 2007 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

_____
**Honorable Leonard P. Stark**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney



FILED

OCT 1 1 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE