IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,  :
       Plaintiff,  :
v.  : Criminal Action No. 07-136 JJF
ERIC HOLMES,  :
       Defendant.  :

### O R D E R

WHEREAS, Defendant has filed a Motion to Suppress Physical Evidence and Statements (D.I. 11);

NOW THEREFORE, IT IS HEREBY ORDERED that an Evidentiary Hearing will be held on **December 17, 2007, at 3:00 p.m.**, in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware.

November 27, 2007
DATE

_____
UNITED STATES DISTRICT JUDGE

FILED
NOV 27 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE