AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF Delaware

United States

v.

Holmes

**EXHIBIT AND WITNESS LIST**

Case Number: 07-193

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Farnan | Martin Meltzer, Esq. | Luis Ortiz, Esq. |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| Dec. 17, 2007 | (illegible) Ortiz, Esq. | Emily |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 12/17 | | | Officer Matthew Kucharski (GW1) |
| | A | 12/17 | | ✓ | redacted statement of co-occupant of vehicle |
| W2 | | 12/17 | | | Special Agent Stephen Parrott (GW2) |
| W3 | | 12/17 | | | Patrolman David Hamncle (GW3) |

FILED
DEC 17 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages