# FEDERAL PUBLIC DEFENDER
# DISTRICT OF DELAWARE

704 King Street, Suite 110
Wilmington, Delaware 19801
Phone (302) 573-6010
FAX (302) 573-6041
www.fpdde.org

**Edson A. Bostic**
Federal Public Defender

**Eleni Kousoulis**
**Luis A. Ortiz**
**Keir Bradford**
Assistant Federal Public Defenders

**Tieffa N. Harper**
Research & Writing Specialist

January 10, 2008

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street, Fourth Floor
Wilmington, DE 19801

        **Re:**   *United States v. Eric Holmes*
               **Criminal Action No. 07-136-JJF**
               <u>**Our File No. 2008-00009**</u>

Dear Judge Farnan:

      Reference is made to the Suppression Hearing held in this case on December 17, 2007. This Court had given us an opportunity to file post-hearing briefs on the issues raised at the Suppression Hearing. This letter is to inform the Court that the defense will not be filing any post-hearing brief, as the Defense has no other issues to raise other than those litigated at the Suppression Hearing.
.

                                        Respectfully submitted,

                                        _/s/_____
                                        **LUIS A. ORTIZ**
                                        Assistant Federal Public Defender

cc:     Martin C. Meltzer, Assistant United States Attorney
           Marzette King, Defendant