IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,          :
                                   :
         Plaintiff,                :
                                   :
    v.                             :   Criminal Action No. 07-136-JJF
                                   :
ERIC HOLMES,                       :
                                   :
         Defendant.                :

<u>O R D E R</u>

At Wilmington, this 17 day of January 2008, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion To Suppress Physical Evidence And Statements (D.I. 11) is **DENIED**.

                                          _____
                                          UNITED STATES DISTRICT JUDGE



FILED
JAN 17 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE