UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal Action No. 07-136-JJF |
| : | |
| ERIC HOLMES, : | |
| : | |
| Defendant. : | |

MOTION FOR A SCHEDULING CONFERENCE

The United States, by and through Colm F. Connolly, United States Attorney for the District of Delaware, and Martin C. Meltzer, Special Assistant United States Attorney for the District of Delaware, hereby moves the Court to set a scheduling conference in the above-captioned case.

WHEREFORE, the United States respectfully asks the Court to set a date for a scheduling conference to schedule a trial in this matter. A proposed form of order is attached for the Court's convenience.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:   /s/ Martin C. Meltzer
   Martin C. Meltzer (De. I.D. No. 3053)
   Assistant United States Attorney
   1007 Orange Street, Suite 700
   P.O. Box 2046
   Wilmington, Delaware 19899-2046

Dated: January 31, 2008

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : Criminal Action No. 07-136-JJF |
| ERIC HOLMES, | : |
| | : |
| Defendant. | : |

## ORDER

IT IS HEREBY ORDERED this ___ day of _____, 2008, that a scheduling conference in this matter will be held on the _____ day of _____ at _____.m. in Courtroom ___, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware.

                                                                                        _____
                                                                                        Honorable Joseph J. Farnan, Jr.
                                                                                        United States District Judge