IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 07-136-JJF |
| ERIC HOLMES, | : | |
| Defendant. | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL
## AND ENTRY OF APPEARANCE

Please take notice that Douglas E. McCann enters his appearance in substitution for Martin C. Meltzer as the attorney for the United States of America in the above-captioned case.

Respectfully Submitted,

COLM F. CONNOLLY
United States Attorney

BY: _/s/ Douglas E. McCann_
Douglas E. McCann
Assistant United States Attorney
The Nemours Building
1007 Orange Street, Suite 700
P.O. Box 2046
Wilmington, Delaware 19899-2046
(302) 573-6277
douglas.mccann@usdoj.gov

Dated: February 28, 2008