IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Criminal Action No. 07-136-JJF |
| | ) | |
| ERIC HOLMES, | ) | |
| | ) | |
| Defendant. | ) | |

## JOINT MOTION TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT

NOW COMES the defendant Eric Holmes, by and through his attorney, Luis A. Ortiz, Esq., and the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Douglas E. McCann, Assistant United States Attorney for the District of Delaware, and jointly requests the Court pursuant to 18 U.S.C. § 3161(h)(8)(A) to exclude time under the Speedy Trial Act from the date of the entry of the proposed order accompanying this motion until May 12, 2008.

In support of this motion, the parties submit as follows:

1. The defendant was charged by criminal complaint on October 9, 2007.

2. The grand jury returned an indictment against the defendant on October 11, 2007.

3. At arraignment, the United States Magistrate Judge gave the defendant until November 12, 2007, to file motions, and excluded the intervening time.

4. On November 9, 2007, the defendant filed a Motion to Suppress Evidence.

5. On January 17, 2008, the Court denied the Motion to Suppress Evidence.

6. On January 31, 2008, the government filed a motion for a scheduling conference.

7. On March 20, 2008, the Court held a scheduling conference. At the conference,

defense counsel indicated that due to other commitments, he would not be free to try the case before May, 2008. The court accordingly set the trial for May 12, 2008.

8. The defendant is currently detained.

9. Both parties join in this request, and the defendant agrees that the exclusion of time between the date of the order on this Motion and May 12, 2008 is in the interests of justice.

Respectfully submitted,

Luis A. Ortiz, Esq.
704 King Street
Wilmington, Delaware 19801

Douglas E. McCann
Assistant United States Attorney
District of Delaware
1007 Orange Street, Suite 700
Wilmington, DE 19801

Eric Holmes
Defendant

Dated: March 28, 2008

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal Action No. 07-136-JJF |
| ) | |
| ERIC HOLMES, ) | |
| ) | |
| Defendant. ) | |

### ORDER

Having considered the parties' Joint Motion to Exclude Time Under the Speedy Trial Act, and the Court finding for the reasons set forth in the Joint Motion that it is in the interests of justice that the time between the date of this Order and May 12, 2008, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

**IT IS HEREBY ORDERED** this _____ day of March 2008, the time between the date of this Order and May 12, 2008, is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge