## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ERIC HOLMES, )<br>)<br>Defendant. ) | Criminal Action No. 07-136-JJF |

### ORDER

Having considered the parties' Joint Motion to Exclude Time Under the Speedy Trial Act, and the Court finding for the reasons set forth in the Joint Motion that it is in the interests of justice that the time between the date of this Order and May 12, 2008, be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A),

**IT IS HEREBY ORDERED** this ___3___ day of April 2008, the time between the date of this Order and May 12, 2008, is excluded from computation under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

_____
Honorable Joseph J. Farnan, Jr.
United States District Judge


FILED
APR - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE