IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-136- JJF |
| | ) |
| ERIC HOLMES, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SUBSTITUTION OF COUNSEL
AND ENTRY OF APPEARANCE**

Notice is hereby given to the substitution of Robert F. Kravetz in place of Douglas E. McCann as the attorney for the United States of America, in the above-captioned case.

        COLM F. CONNOLLY
        United States Attorney


BY: /s/ Robert F. Kravetz
     Robert F. Kravetz
     Assistant United States Attorney
     The Nemours Building
     1007 Orange Street, Suite 700
     P.O. Box 2046
     Wilmington, Delaware 19899-2046
     (302) 573-6277

Dated: April 4, 2008