## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-136-JJF |
| | ) | |
| | ) | |
| ERIC HOLMES, | ) | |
| | ) | |
| Defendant. | ) | |

### GOVERNMENT'S REQUEST FOR SPECIAL VOIR DIRE

**NOW COMES** the United States of America, by and through its attorneys, Colm F.

Connolly, United States Attorney for the District of Delaware, and Robert F. Kravetz, Assistant

United States Attorney, and hereby requests that the Court submit the following questions to the

jury panel in the above-captioned case:

1.    Does the length of this trial or the schedule contemplated by the court present a

special problem to any member of the panel?

2.    Has any member of the panel heard or read anything about this case?

3.    Has any member of the panel or your immediate family (defined as your spouse,

child, parent or sibling) or close friend had any business, social or personal dealings with either

counsel – Robert Kravetz, Esquire or Luis A. Ortiz, Esquire – or with the United States

Attorney's Office or the Office of the Federal Public Defender?

4.    Has any member of the panel or your immediate family or close friend had any

business, social or personal dealings with the defendant, Eric Holmes?

5.    Members of the panel, I am now going to read the names of witnesses who may

be called in this case [*witness lists to be provided*].  Does any member of the panel know any of these persons?

6.      Has any member of the panel ever served as a juror in a criminal or a civil case or as a member of a grand jury in either a federal or state court?

7.      Has any member of the panel ever been involved, in any court, in a criminal matter, other than a minor traffic offense, that concerned yourself, a member of your immediate family or a close friend, either as the subject of an investigation, a defendant, a witness, or a victim?

8.      Has any member of the panel, a member of your immediate family, or a close friend had any dealings with – including being employed by, investigated by, or having any other association with – a law enforcement agency?

9.      Would the fact that the Bureau of Alcohol, Tobacco, Firearms and Explosives and the Wilmington Police Department are the primary investigating agencies in this case interfere with your ability to be fair and impartial?

10.     This case involves allegations regarding the possession of a firearm.  Has any member of the panel had any experiences with firearms or does any member of the panel have views about firearms that would interfere with your ability to be fair and impartial?

11.     Is there any member of the panel who has any special disability or problem that would make serving as a member of the jury difficult or impossible?

12.    Having heard the questions put to you by the Court, does any other reason suggest

itself to you as to why you could not sit on this jury and render a fair and impartial verdict based

on the evidence presented to you and based on the Court's legal instructions?

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:    /s/ Robert F. Kravetz
Robert F. Kravetz
Assistant United States Attorney

Dated: May 5, 2008