**Federal Public Defender**
District of Delaware

EDSON A. BOSTIC
FEDERAL PUBLIC DEFENDER

one customs House
704 King Street, suite 110
Wilmington, Delaware 19801
(302) 573-6010 (telephone)
(302) 573-6041 (Fax)

ELENI KOUSOULIS
LUIS A. ORTIZ
KEIR BRADFORD
ASSISTANT FEDERAL PUBLIC DEFENDERS

TIEFFA N. HARPER
DANIEL I. SIEGEL
RESEARCH & WRITING ATTORNEYS

May 9, 2008

Honorable Joseph J. Farnan, Jr.
United States District Court
J. Caleb Boggs Federal Building
844 King Street
Wilmington, Delaware 19801

    **Re:**   *United States v. Eric Holmes*
           **Criminal Action No.: 07-136-JJF**
           <u>**Our File No.: 2008-0009**</u>

Dear Judge Farnan:

    This letter is in response to the Court's request that counsel provide the Court with a list of individuals who may appear as witnesses in the above referenced matter. The defense anticipates calling the following witnesses:

        Sean Williams, Investigator for the Federal Public Defenders Office
        Gerald McNair, Witness of the defendant

    Should the Court have any questions, please feel free to contact me.

                            Respectfully submitted,

                            */s/ Luis A. Ortiz*
                          Luis A. Ortiz, Esquire
                          Assistant Federal Public Defender
                          704 King Street, Suite 110
                          Wilmington, Delaware  19801
                          (302) 573-6010
                          ecf_de@msn.com
                          Attorney for Defendant Eric Holmes

cc: Robert F. Kravetz, Assistant United States Attorney