

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

Nemours Building
1007 N. Orange Street, Suite 700   (302) 573-6277
P.O. Box 2046                       FAX (302) 573-6220
Wilmington, Delaware 19899-2046

May 9, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
U.S. Courthouse
844 King Street
Wilmington, DE 19801

    Re:  **United States v. Eric Holmes**
           **Criminal Action No.  07-136-JJF**

Dear Judge Farnan:

    The government may call the following witnesses at trial in the above captioned case.

    Ptlm. Matthew Kucharski, Wilmington Police Department ("WPD")
    Ptlm. David Hamrick, WPD
    Special Agent Veronica Hnat, Alcohol, Tobacco, Firearms & Explosives ("ATF")
    Special Agent Jason Kusheba, ATF
    Task Force Officer Steve Parrott, ATF
    Leslie Inge
    Glenn Hamilton
    Danny Ray Essex (a.k.a. "Memphis")

                                               Respectfully submitted,

                                               COLM F. CONNOLLY
                                               United States Attorney

                                 BY: _____
                                     Robert F. Kravetz
                                     Assistant United States Attorney