

**U.S. Department of Justice**

*United States Attorney's Office*
*District of Delaware*

---

*Nemours Building*
*1007 N. Orange Street, Suite 700*          *(302) 573-6277*
*P.O. Box 2046*                             *FAX (302) 573-6220*
*Wilmington, Delaware 19899-2046*

May 10, 2008

The Honorable Joseph J. Farnan, Jr.
United States District Judge
District of Delaware
844 King Street
Wilmington, DE 19801

     Re:   **United States v. Eric Holmes, 07-136-JJF**

Dear Judge Farnan,

     The United States may call the following additional witnesses at trial in the above-captioned matter:

        Brian Baker
        Stephanie Nichole Dirks
        Bruce Worthington

     The United States has informed defense counsel of the purposes for which these witnesses may be called to testify.

                  Respectfully submitted,

                  COLM F. CONNOLLY
                  United States Attorney

BY: /s/ Robert F. Kravetz
        Robert F. Kravetz
        Assistant United States Attorney

cc:   Luis A. Ortiz, Esq., File