AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _Delaware_

USA
v.
Eric Heimes

**EXHIBIT AND WITNESS LIST**

Case Number: 07-13

| PRESIDING JUDGE Furman | PLAINTIFF'S ATTORNEY Robert F. Kravetz | DEFENDANT'S ATTORNEY Luis Ortiz |
|---|---|---|
| TRIAL DATE(S) 5/12/2008- | COURT REPORTER Darlene Lawrence | COURTROOM DEPUTY Nicole Selmyer |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| W1 | | 5/12/08 | | | Matthew Kucharski, Wilmington Police Dept |
| 1 | | 5/12/08 | 2 | ✓ | Satellite Map of Wilmington, DE |
| 2 | | 5/12/08 | 3 | ✓ | Photograph of back passenger seat of Buick Park Ave |
| 3 | | 5/12/08 | 1 | ✓ | Baretta Model 92F 9mm pistol w/Serial# BER091849Z |
| | 1 | 5/12/08 | ✓ | | Photograph of Buick Park Ave |
| | 2 | 5/12/08 | ✓ | | MySpace page |
| W2 | 1a | 5/12/08 | | | Leslie Inge |
| | 3 | 5/12/08 | | ✓ | Leslie Inge's Handwritten Statement |
| | 4 | 5/12/08 | ✓ | | Leslie Inge's affidavit (typed) |
| W3 | | 5/12/08 | | | David Hannick Wilmington Police Officer |
| 4 | | 5/12/08 | | ✓ | Stipulation of prior conviction |
| 5 | | 5/12/08 | | ✓ | Stipulation Regarding Firearm |
| | W1 | 5/12/08 | | | Gene I. Williams, Fed Public Defender Investigator |
| | W2 | 5/12/08 | | | Gerard McNair |
| | W3 | 5/12/08 | | | William R. Gerhart, Wilmington Police Dept (Police officer) |
| | W4 | 5/12/08 | | | Task Force officer Steven Francett, ATF |
| W4 | | 5/12/08 | | | Veronica Heist, Special Agent ATF |
| | | | | | |
| | | | | | |
| | | | | | * Defense exhibit 1 went back to the jury, per a jury note, but was not admitted. |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.