*Filed in open Court this 13th day of May 2008.*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 07-136-JJF |
| | ) |
| ERIC HOLMES, | ) |
| | ) |
| Defendant. | ) |

### VERDICT FORM

As to Count One, charging the defendant with possession of a firearm by a convicted felon, we the jury find the defendant

_____ Not Guilty                    ✓ Guilty

Dated: 5-13-08