IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiffs, | : |
| v. | : Criminal Action No. 07-136-JJF |
| ERIC HOLMES, | : |
| Defendant. | : |

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court for the District of Delaware is hereby directed to furnish lunch for 14 jurors in the above entitled case for May 12, 2008, thru May 13, 2008.

May 14, 2008
DATE

UNITED STATES DISTRICT JUDGE